```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07450
   THOMAS R NELSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0994


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 03/28/08 and confirmed on 06/05/08.

    2.   The case was converted to Chapter 7 after confirmation, 10/15/2008.

    3.   The Debtor paid a total of $   3990.00 .

    4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
WELLS FARGO FINANCIAL AC   SECURED VEHIC         .00             .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         15144.03            .00         726.95
ECAST SETTLEMENT CORPORA   UNSECURED          4603.84            .00         220.99
GEMB                       UNSECURED         NOT FILED           .00            .00
GM CARD                    UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         10647.84            .00         511.12
RESURGENT CAPITAL SERVIC   UNSECURED           296.06            .00          14.21
PORTFOLIO RECOVERY ASSOC   UNSECURED         10922.80            .00         524.32
NICOR GAS                  UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          1039.12            .00          49.88
RESURGENT CAPITAL SERVIC   UNSECURED           982.72            .00          47.17
BANK ONE                   UNSECURED         NOT FILED           .00            .00
WELLS FARGO FINANCIAL      UNSECURED         NOT FILED           .00            .00
LEGAL HELPERS PC           ORIGINAL ATTO      1675.00            .00        1675.00
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00      1675.00     43636.41        .00       45311.41
PRINCIPAL PAID           .00      1675.00      2094.64        .00        3769.64
INTEREST PAID            .00          .00          .00        .00            .00
TOTAL PAID               .00      1675.00      2094.64        .00        3769.64
The Debtor's attorney, GARY L SHILTS              , was allowed $         .00
and was paid $       .00 .

The Trustee received $    220.36 .

Refunds to the Debtor totaled $        .00 .

       Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 08 B 07450 THOMAS R NELSON